1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   DAVID R. CALLAWAY (CSBN 121782)
    Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California  95113
       Telephone: (408) 535-5596
7      Facsimile: (408) 535-5596
       E-mail: David.Callaway@usdoj.gov

8
    Attorneys for Plaintiff
9
                        IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

    UNITED STATES OF AMERICA,            )   No. CR 09-01212 JF
13                                       )
              Plaintiff,                 )   **JOINT REQUEST BY THE PARTIES**
14       v.                              )   **TO VACATE STATUS CONFERENCE**
                                         )   **DATE; ORDER [PROPOSED]**
15  JOHN D. TERZAKIS, and                )
    ROBERT E. ESTUPINIAN,                )   Date:   July 1, 2010
16                                       )   Time:   9:00 a.m.
              Defendants.                )
17  _____ )   Before The Honorable Jeremy Fogel

18

19         Defendants and the government, through their respective counsel, hereby stipulate, subject

20  to the Court's approval, that the status hearing scheduled for July 1, 2010 should be vacated.  That

21  date was set primarily to ensure that certain discovery requested by Mr. Humy was provided.  It

22  has been, and the parties no longer believe that there is any purpose to be served by appearing

23  before the Court at the above date and time.  No time exclusion is necessary as time has previously

24  been excluded until the trial date.

25  //

26  //

Stipulation to Vacate Status Conference
No. CR 09-01212 JF                          1

1    Dated: June 24, 2010

2                                      _____/s/_____
                                       NICHOLAS P. HUMY
3                                      Assistant Federal Public Defender
                                       Counsel for John Terzakis
4
     Dated: June 24, 2010
5                                      _____/s/_____
                                       JAMES T. REILLY, ESQ.
6                                      Counsel for Robert Estupinian

7    Dated: June 24, 2010              JOSEPH P. RUSSONIELLO
                                       United States Attorney
8

9                                      _____/s/_____
                                       DAVID R. CALLAWAY
10                                     Assistant United States Attorney

11
                                    **ORDER**
12
            For the reasons set forth by the parties in the stipulation above, and good cause
13
     appearing,
14
            IT IS HEREBY ORDERED that the status conference previously scheduled to take
15
     place on Thursday, July 1, 2010, at 9:00 a.m., is VACATED.  No time exclusion is necessary
16
     as time has previously been excluded until the trial date.
17

18
                                       _____
19    Dated: 6/30/10
                                       JEREMY FOGEL
20                                     United States District Judge

21

22

23

24

25

26