LAW OFFICES OF ROBERT W. LYONS
ROBERT W. LYONS (45548)
295 West Winton Avenue
Hayward, California 94544

Attorney for Defendant
John Terzakis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: CR 09-01212 JF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S. C. §3161] |
| JOHN TERZAKIS, | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the time from March 10, 2011 to April 7, 2011 is hereby excluded from the time calculations of the Speedy Trial Act, 18 U.S.C. §3161. The court finds the time from March 10, 2011 to April 7, 2011 excludable from the Speedy Trial Act requirements of Title 18, United States Code, sections 3161(h)(8)(A) and 3161 (h)(8)(B)(iv). The court finds that the time excludable in that the ends of justice served by granting this continuance of the status conference to April 7, 2011 outweigh the best interests of the public and the defendant in an earlier trial.

Date: 4/5/11

_____
Jeremy Fogel
United States District Court Judge

ORDER RE: EXLCUSION OF TIME UNDER SPEEDY TRIAL ACT  - 1